NOT FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**



| | |
|---|---|
| KARAN L. ZOPATTI, | No. 11-56447 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-01091-DMS-WVG |
| v. | |
| RANCHO DORADO HOMEOWNERS ASSOCIATION and THE PRESCOTT COMPANIES, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court for the
Southern District of California
Dana M. Sabraw, District Judge, Presiding

Argued and Submitted June 3, 2013
Pasadena, California

Before:    TROTT and W. FLETCHER, Circuit Judges, and STEIN, District
           Judge.[**]

Karan Zopatti appeals two orders of the district court: one excluding the

testimony of her proffered experts and another granting summary judgment in

favor of defendants Rancho Dorado Homeowners Association and The Prescott

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Sidney H. Stein, District Judge for the U.S. District
Court for the Southern District of New York, sitting by designation.

Companies. We have jurisdiction pursuant to 28 U.S.C. § 1291. This Court reviews a district court's decision to exclude expert testimony for abuse of discretion and a decision granting summary judgment *de novo*. *See Primiano v. Cook*, 598 F.3d 558, 563 (9th Cir. 2010). We have considered all of plaintiff's arguments in favor of reversal and find them unavailing.[1] The district court did not abuse its discretion in excluding plaintiff's experts and there is no genuine issue of material fact that would preclude summary judgment on any of plaintiff's numerous claims for relief.

**AFFIRMED.**

---

[1] Because the parties' briefs and excerpts of record were filed under seal, we decline to discuss them in detail.